

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of J.W., S.S., J.S., and S.S., Children

No. 06-21-00098-CV

Appeal from the 62nd District Court of Hopkins County, Texas (Tr. Ct. No. CV44470). Memorandum Opinion delivered by Justice Carter,* Chief Justice Morriss and Justice Stevens participating. *Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find partial error in the judgment of the court below. We affirm the trial court's order terminating Mother's parental rights to all four children and also affirm the trial court's judgment terminating Father's parental rights to S.S., J.S., and S.S. However, we vacate the trial court's judgment terminating Father's parental rights to J.W. In all other respects, the trial court's judgment is affirmed.

We note that the appellants have adequately indicated their inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 3, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk